ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 DEC -5 PM 4:01

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| WILLIAM H. CARTER, | * | |
| Plaintiff, | * | |
| v. | * | CV 312-101 |
| SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.; KEREN E. GESUND; HALL, BOOTH, SMITH & SLOVER P.C.; GLENN E. JONES; FIRST PREMIER BANK; EMRYL HOFF; NCO FINANCIAL SERVICES, INC.; | * | |
| Defendants. | * | |

### O R D E R

Presently pending before the Court is Plaintiff's "Motion for Order of Dismissal." (Doc. no. 3.) Having reached an amicable settlement agreement with Defendants, Plaintiff seeks to dismiss his complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Each of the parties shall bear their own costs and fees. The Clerk shall terminate all deadlines and motions (doc. no. 2), and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of December, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE